FD-498 (Rev. 2011-10-05)

# FEDERAL BUREAU OF INVESTIGATION
## POLYGRAPH EXAMINATION REPORT

### EXAMINATION INFORMATION

| Examinee Name | Date of Birth | Social Security Number | Case File Number |
|---|---|---|---|
| Taylor, Timothy DaShaun | 1991-06-26 | | 7C-CO-32083 |
| Examiner Name | Date of Examination | Date of Report | Examination Iteration |
| Waizenhofer, Robert | 2017-06-14 | 2017-06-14 | Initial |

### EXAMINATION RESULTS

| Reviewer | Date of Review | Countermeasures Strongly Suspected or Confirmed: ☐ Yes |
|---|---|---|
| Sypniewski, TJ | 2017-06-19 | Recommend No Further Testing: ☐ Yes |

| SERIES NAME | SERIES RESULT | SERIES RESULT CODES |
|---|---|---|
| Acquaintance (ACQT) 1 | | NDI (No Deception Indicated) |
| Criminal 1 | DI | DI (Deception Indicated) |
| | | INC (Inconclusive) |
| | | NO (No Opinion) |
| | | SR (Significant Response) |
| | | NSR (No Significant Response) |

### CASE TITLE

DREXEL, BRITTANEE MARIE - VICTIM;
CHILD ABDUCTION - NO RANSOM
OO: CO

EXAMINATION LOCATION: COLUMBIA, SC

### CASE / EXAMINATION SYNOPSIS

On 04/22/2009, 17 year old Brittanee Drexel was visiting Myrtle Beach South Carolina without the knowledge of her parents. The last time she was seen in Myrtle Beach by her friends was on 04/25/2009 and this was corroborated by her cell phone records.  That same phone was historically tracked south on Hwy 17 through Georgetown, McClellanville, Santee River and Francis Marion National Forest.

During the investigation, witnesses have named several people as subjects in the disappearance/kidnapping/murder of Drexel including: Timothy Dashaun Taylor;
███████████████████████████████████████████████████████████ and

On June 14, 2017, Timothy DaShaun Taylor, hereinafter Taylor, came with his attorney, Mark A Peper, to the FBI Charleston Resident Agency for the purpose of taking a polygraph test. Although this polygraph was conducted pursuant to a proffer agreement between Taylor and the United States Government, Taylor was still shown the "Consent to Interview with Polygraph" form. The examiner read the form with Taylor. Taylor stated that he understood the form and signed it.

Taylor confirmed his earlier statements to agents that he had never seen Drexel in person. The only images he ever saw of Drexel were after her disappearance in the news media or pictures shown to him during the missing-

persons investigation. Taylor also discussed the time on June 26, 2016, when he overheard part of an argument between █████████████ and █████████████ concerning a time when ██████ was accused of having Drexel's cell phone. Taylor advised that neither of them ever confided to him that they were involved in Drexel's disappearance, but Taylor thought the argument was suspicious in nature. The details of the argument were reported by Taylor to the FBI in his October 11, 2016 interview.

When discussing the relevant questions for the examination with Taylor:

"Know for sure" was defined as –

A) Being directly involved himself in the disappearance/kidnapping/or killing of Drexel.
B) Actually seeing someone else take, detain or kill Drexel, or
C) Being told by someone directly involved in the disappearance of Drexel that they were involved in it;

"See Brittanee Drexel in person" was defined as – being in the actual presence of Drexel so that he could have actually touched her or she could have touched him.

The following relevant questions were asked during the examination for Series I:

A. Do you know for sure who was involved in the disappearance of Brittanee Drexel? (Answer: No)
B. Did you ever see Brittanee Drexel in person? (Answer: No)

Taylor was told that he was strongly reacting to several of the questions. Taylor responded by invoking his right to speak with his attorney, who was outside in the lobby. After extensive discussions with his attorney, Taylor agreed to continue the interview with the examiner. During this portion of the interview, Taylor went back to the story he had previously told about the argument he overheard concerning when ██████ was accused of having Drexel's cell phone. Within minutes of renewing the interview, Taylor denied that he was withholding any information in the missing-persons case, began shouting angrily at the examiner, and asked to speak to his attorney again. The interview was terminated at that point.

The results of this examination are located in the "Examination Results" section at the top of this report.

**FD-328**
Revised
03-20-2015

FEDERAL BUREAU OF INVESTIGATION
# CONSENT TO INTERVIEW WITH POLYGRAPH

## INTERVIEW TYPE

◉ General   ○ Employee - Administrative   ○ Applicant   ○ Employee   ○ Task Force Member

## LOCATION

| Place: | Date: | Time: |
|---|---|---|
| Charleston, SC | 2017-06-14 | 10:50 AM |

## AFFILIATION

Before we begin an examination by means of the polygraph in connection with

Missing Person

you must understand your rights.

## YOUR RIGHTS

You have the right to refuse to take the polygraph test.

If you agree to take the polygraph test, you have the right to stop the test at anytime.

If you agree to take the polygraph test, you have the right to refuse to answer any individual question.

## WAIVER AND CONSENT

I have read this statement of my rights and I understand what my rights are. I voluntarily agree to be examined by means of the polygraph during this interview. I understand and know what I am doing. No threats or promises have been used against me to obtain my consent to the use of the polygraph.

I understand that the polygraph examination may be monitored or recorded.

**I understand that any attempt to affect the results of the polygraph examination by intentionally manipulating my physiology will be construed as a polygraph countermeasure. Furthermore, I understand that such an attempt will be deemed as purposeful non-cooperation.**

With the above understanding, I agree to submit to a polygraph examination.

Examinee Signature: _____

Examinee Name:  Taylor, Timothy

Examiner Signature: _____

Examiner Name:  Waizenhofer, Robert

**FD-395**
Revised
08-11-2010

# FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

| Place: | Date: | Time: |
|---|---|---|
| Charleston, SC | 2017-06-14 | 10:50 AM |

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: _Proffer Agreement with USA._

Name: Taylor, Timothy

### WITNESS

Witness Signature: _____

Witness Name: Waizenhofer, Robert

Witness Signature: _____

Witness Name: _____

FD-395 (Revised 08-11-2010)                    Page 1 of 1                    FEDERAL BUREAU OF INVESTIGATION